## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 149 EAL 2023

      Respondent  :

        : Petition for Allowance of Appeal
        : from the Order of the Superior Court

      v.  :

ASKIA MUHAMMAD,  :

      Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.